JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON MATHEAW SCHIMMEL, | CASE NO. CV 13-8340-PSG (PJW) |
| Petitioner, | |
| v. | JUDGMENT |
| WILLIAM KNIPP, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 08/24/2015.

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\13-8340.JUDGMENTwpd.wpd